## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Cyganiewicz,**
    **Plaintiff,**

**V.**

**Sallie Mae, Inc.,**
    **Defendant,**

**CIVIL ACTION**

**NO. 13-40067-TSH**

### ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Memorandum and Order dated 10/24/13, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

    By the Court,

  10/25/13                                                /s/ Martin Castles
   Date                                                        Deputy Clerk